UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CLARENCE BOWEN ALLEN, *et al.*,

            Plaintiffs,

    -against-

THE CITY OF NEW YORK, *et al.*,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

19cv3786

<u>SCHEDULING ORDER</u>

WILLIAM H. PAULEY III, Senior United States District Judge:

       The parties having appeared for a status conference on February 6, 2020, this Court adopts the following schedule:

1. Defendants are to produce the requested data by February 20, 2020;

2. Fact depositions shall be completed by April 30, 2020;

3. Plaintiffs shall serve their expert report by May 28, 2020;

4. Defendants shall serve their rebuttal expert report by June 25, 2020;

5. Expert depositions shall be completed by July 31, 2020;

6. Plaintiffs shall file their motion for class certification by August 14, 2020;

7. Defendants shall file their opposition to class certification by September 4, 2020;

8. Plaintiffs shall file their reply for class certification by September 15, 2020;

9. Oral argument on class certification to be adjourned to October 2, 2020 at 11:00 a.m.;

Dated: February 10, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.