UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------

CLARENCE BOWEN ALLEN, *et al.*,

        Plaintiffs

    -against-

THE CITY OF NEW YORK, *et al.*,

        Defendants.

---------------------------------

19cv3786

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        Having reviewed the parties' joint letter, (ECF No. 48), this Court directs the parties to submit a joint letter addressing how they would like this case to proceed by January 8, 2021.

Dated: December 28, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.