**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
CLARENCE BOWEN ALLEN,

                Plaintiff,　　　　　19-cv-03786 (OTW)

       -against-　　　　　　　　　　**ORDER**

CITY OF NEW YORK, et al.,

               Defendants.
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Wednesday, October 13, 2021 at 12:00 p.m.** at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D.

**SO ORDERED.**

                                             _s/ Ona T. Wang_

Dated: July 20, 2021　　　　　　　　　　　　　　**Ona T. Wang**
      New York, New York　　　　　　　　　　United States Magistrate Judge