UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                       :

CLARENCE BOWEN ALLEN, et al.,          :

                       :

             Plaintiffs,      :             19-CV-3786 (JMF)

                       :

       -v-                :      ORDER WITHDRAWING

                       :      REFERENCE TO

CITY OF NEW YORK, et al.,          :      MAGISTRATE JUDGE

                       :      AND SCHEDULING

            Defendants.     :      ORDER

                       :

----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On July 13, 2021, the Chief Judge Swain issued an interim order of reference, referring this case to Magistrate Judge Wang for general pre-trial supervision. *See* ECF No. 56. It is hereby ORDERED that the reference is WITHDRAWN.

      The status conference scheduled by Judge Wang on October 13, 2021, *see* ECF No. 58, is hereby canceled. Instead, the parties are ordered to appear for a pretrial conference before the undersigned on **October 6, 2021, at 4:45 p.m.** in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

      Absent leave of Court, by **Thursday of the week prior to that conference and any future conference**, the parties shall file on ECF a joint letter, not to exceed three (3) pages, regarding the status of the case. The letter should include the following information in separate paragraphs:

(1) A statement of all existing deadlines, due dates, and/or cut-off dates;

(2) A brief description of any outstanding motions;

(3) A brief description of the status of discovery and of any additional discovery that needs to be completed;

(4) A list of all prior settlement discussions, including the date, the parties involved, whether any third-party (e.g., Magistrate Judge, mediator, etc.) was involved, and the approximate duration of such discussions, if any;

(5) A statement of whether or how the Court could facilitate settlement of the case (for example, through a(nother) settlement conference before the assigned Magistrate Judge or as part of the Court's Mediation Program);

(6) A statement of the anticipated length of trial and whether the case is to be tried to a jury;

(7) A statement of whether the parties anticipate filing motions for summary judgment; and

(8) Any other issue that the parties would like to address at the pretrial conference or any information that the parties believe may assist the Court in advancing the case to settlement or trial.


SO ORDERED.

Dated: August 10, 2021
New York, New York

_____
JESSE M. FURMAN
United States District Judge

2