

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**GEORGIA M. PESTANA**
*Corporation Counsel*

**ALIZA J. BALOG**
Assistant Corporation Counsel
phone: (212) 356-1104
fax: (212) 356-1148
e-mail: abalog@law.nyc.gov
E-Mail And Fax Not For Service

January 24, 2022

**By ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  *Allen v. City of New York,* 19 CV 03786 (JMF) (OTW)

Dear Judge Furman:

      I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, and the attorney assigned to represent the defendants in the above referenced matter. Defendants write to request an extension of time to oppose plaintiffs' motion for class certification from January 31, 2022, to March 17, 2022. Plaintiffs' counsel consents to this request, and asked that, with this extension, the deadline for their reply be April 18, 2022. This is defendants' first request for an extension of time to oppose class certification.

      Defendants seek this extension of time as I have been shouldering COVID related childcare issues since January 4, 2022, which were subsequently exacerbated by my entire family, including myself, successively testing positive for COVID. Fortunately, at present, these issues have resolved. As a consequence, however, I was largely unable to make any material progress on my work and am now dealing with additional immediate deadlines on my other cases.

      Accordingly, defendants respectfully request that their opposition to class certification be due on March 17, 2022, and plaintiffs' reply due on April 18, 2022. Thank you for your consideration of this request.

**HONORABLE JESSE M. FURMAN**
*Allen v. City of New York,* 19 CV 03786 (JMF)
January 24, 2022
Page 2

           Respectfully Submitted,

           s/ *Aliza J. Balog*

           Aliza J. Balog
           Assistant Corporation Counsel

cc: Counsel of Record (By ECF)

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 73.

           SO ORDERED.

           January 24, 2022