

**THE CITY OF NEW YORK**

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ALIZA J. BALOG
Assistant Corporation Counsel
phone: (212) 356-1104
fax: (212) 356-1148
e-mail: abalog@law.nyc.gov
E-Mail And Fax Not For Service

September 22, 2022

**By ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *Allen v. City of New York,* 19 CV 03786 (JMF) (OTW)

Dear Judge Furman:

I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney assigned to represent the defendants in the above referenced matter. Defendants write to request an adjournment of the time for the parties to submit the joint letter sought by the Court's September 12, 2022, Order.

Yesterday, in the course of meeting and conferring on the joint letter, plaintiffs informed defendants that on Monday, September 26, 2022, they intend to file a motion for reconsideration of the Court's decision denying class certification in this case. But, a ruling on plaintiffs' anticipated ruling might impact any decision by defendants to engage in settlement discussions and the length of time necessary for summary judgment and *Daubert* motions. In light of plaintiffs' anticipated motion, defendants respectfully request that the Court adjourn the joint letter sought by the September 12 Order until 14 days after the Court rules on plaintiffs' anticipated motion for reconsideration. Plaintiffs consent to this request.

If the Court is not inclined to grant defendants' request to adjourn the joint letter until 14 days after the Court rules on plaintiffs' anticipated motion for reconsideration, defendants respectfully request a shorter extension of time, to September 29, 2022, to submit the joint letter in light of the undersigned's observance of Rosh Hashanah.

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 81.

Respectfully Submitted,
s/ Aliza J. Balog
Aliza J. Balog
Assistant Corporation Counsel

SO ORDERED.

[signature]

September 23, 2022

**HONORABLE JESSE M. FURMAN**
*Allen v. City of New York,* 19 CV 03786 (JMF)
September 22, 2022
Page 2

cc: Counsel of Record (By ECF)

**HONORABLE JESSE M. FURMAN**
*Allen v. City of New York,* 19 CV 03786 (JMF)
September 22, 2022
Page 2