**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
CLARENCE BOWEN ALLEN et al.,                                :
                                                            :
                Plaintiffs,     :      19-CV-03786 (JMF) (OTW)
                                                            :
      -against-                                            :
                                                            :      **ORDER**
CITY OF NEW YORK, et al.,                                   :
                                                            :
                Defendants.     :
                                                            :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a Pre-Settlement Conference Scheduling Call on **April 4, 2023, at 3:30 p.m.** The dial in information is (866) 390-1828, access code 1582687. As discussed at the Pre-Settlement Conference Scheduling Call on March 9, 2023, the parties are directed to prepare the relevant information for settlement discussions by April 4, 2023.

      **SO ORDERED.**

|  |  |
|---|---|
|  | _s/ Ona T. Wang_ |
| Dated: March 9, 2023 | **Ona T. Wang** |
|        New York, New York | United States Magistrate Judge |