March 28, 2023

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application GRANTED. The Clerk of Court is directed to terminate ECF No. 100.
>
> SO ORDERED.
>
> /s/ Jesse M. Furman
>
> March 29, 2023

**RE: Allen et al. v. City of New York, et al.; Docket No. 1:19-cv-03786 (JMF)(OTW)**

Dear Judge Furman:

We write jointly pursuant to the Court's January 27, 2023 Order [Dkt. No. 96] regarding referral to Magistrate Judge Wang for settlement as well as the briefing schedule for parties' motions for summary judgment. Parties respectfully request a brief adjournment of the deadlines to file their motions, as outlined below, in order to enable parties to complete settlement discussions before briefing such motions.

After Your Honor referred this matter to Magistrate Judge Wang for settlement, parties engaged in an initial Pre-Settlement Conference Scheduling Call on March 9, 2023. Based on the conversation during this initial conference, Magistrate Judge Wang directed parties to appear for a second Pre-Settlement Conference Scheduling Call on April 4, 2023 before scheduling a Settlement Conference.

As such, parties jointly request the following deadlines for the briefing of motions for summary judgment and to preclude expert testimony:

- Plaintiffs' motions will be filed no later than July 12, 2023;
- Defendants' opposition and cross-motion papers will be filed no later than forty-five (45) days after Plaintiffs' motions are filed;
- Plaintiffs' reply to their motion and opposition to Defendants' cross-motion will be filed no later than thirty (30) days after Defendants' cross-motion and opposition;
- Defendants' reply will be filed no later than fourteen (14) days after Plaintiffs' opposition to Defendants' cross-motion is filed.

Thank you in advance for your time and attention to this matter.

Respectfully Submitted,

| /s/ Erica T. Healey-Kagan | /s/ Kimberly K. Brown |
|---|---|
| Erica T. Healey-Kagan | Kimberly K. Brown |
| | Assistant Corporation Counsel |
| The Kurland Group | New York City Law Department |
| 85 Broad Street, 28th Floor | 100 Church Street |
| New York, NY 10004 | New York, NY 10007 |
| Telephone: (212) 253-6911 | Telephone: (212) 356-1104 |
| kagan@kurlandgroup.com | kibrown@law.nyc.gov |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |