May 31, 2023

**VIA ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**RE: Allen et al. v. City of New York, et al.; Docket No. 1:19-cv-03786 (JMF)(OTW)**

Dear Judge Furman:

We write jointly to update Your Honor regarding the referral for settlement and to request a brief extension of the filing deadlines for parties' motions for summary judgment.

After Your Honor referred this matter to Magistrate Judge Wang for settlement, parties engaged in three (3) settlement conferences on March 9th, April 4th, and May 17th. While a settlement has not been reached, parties agreed to engage in further settlement discussions after the Court rules on the' cross-motions for summary judgment and to preclude expert testimony. As such, parties jointly request the following extension of the briefing schedule of said motions:

- Plaintiffs' motions will be filed no later than September 12, 2023;

- Defendants' opposition and cross-motion papers will be filed no later than forty-five (45) days after Plaintiffs' motions are filed;

- Plaintiffs' reply to their motion and opposition to Defendants' cross-motion will be filed no later than thirty (30) days after Defendants' cross-motion and opposition;

- Defendants' reply will be filed no later than fourteen (14) days after Plaintiffs' opposition to Defendants' cross-motion is filed.

This is the second request for an extension of these deadlines. Thank you in advance for your time and attention to this matter.

Respectfully Submitted,

|  |  |
|---|---|
| /s/ Erica T. Healey-Kagan | /s/ Kimberly K. Brown |
| Erica T. Healey-Kagan | Kimberly K. Brown |
|  | Assistant Corporation Counsel |
| The Kurland Group | New York City Law Department |
| 85 Broad Street, 28th Floor | 100 Church Street |
| New York, NY 10004 | New York, NY 10007 |
| Telephone: (212) 253-6911 | Telephone: (212) 356-1104 |
| kagan@kurlandgroup.com | kibrown@law.nyc.gov |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |