

November 27, 2023

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

*In the Order dated October 24, 2023, ECF No. 111, the Court emphasized that it was granting a "final one-week extension." Plaintiff nevertheless seeks to extend those deadlines once again by more than two weeks. That request is GRANTED in light of the upcoming holidays, but no further extensions will be granted. The Clerk is directed to terminate ECF No. 117.*

*SO ORDERED.*

*[signature]*

*November 27, 2023*

**RE:    Allen et al. v. City of New York, et al.; Docket No. 1:19-cv-03786 (WHP)**

Dear Judge Furman:

Our office represents Plaintiffs in the above-referenced matter. We write pursuant to rule 2(E) of your Individual Rules and Practices in Civil Cases to respectfully request an adjournment of the remaining deadlines regarding parties' motions for summary judgment and motions to strike due to the undersigned's workload.

On October 24, 2023, Defendants requested a two-week adjournment of their time to respond to Plaintiffs' motion and file their cross-motion, and Plaintiffs consented to this request. Plaintiffs now likewise request a brief adjournment of the remaining deadlines as follows, and Defendants consent to this request:

- Plaintiffs' reply to their motion and opposition to Defendants' cross-motion adjourned from December 4, 2023 to December 20, 2023;

- Defendants' reply to their cross-motion adjourned from December 18, 2023 to January 3, ~~2023~~ 2024.

Prior to Defendants' most recent request on October 24, 2023, parties had requested two other adjournments on March 28, 2023 and May 31, 2023. We thank the Court in advance for your time and attention to this matter.

Respectfully Submitted,

    ~//s//~
Erica T. Healey-Kagan

85 BROAD STREET
28th FLOOR
NEW YORK, NY 10004

P: 212 253 6911
F: 212 614 2532

kagan@kurlandgroup.com
KURLANDGROUP.COM

New York | Washington, D.C.