**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CLARENCE BOWEN ALLEN et al.,

                Plaintiffs,

   -against-                                   19 **CIVIL** 3786 (JMF)

**JUDGMENT**

CITY OF NEW YORK et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 28, 2024, Defendants' motion for summary judgment is GRANTED, and Plaintiffs' claims are dismissed in the case of their disparate treatment claims under the NYCHRL and their breach of contract claims, without prejudice to refiling in state court. Plaintiffs' motion for summary judgment and both sides' Daubert motions are DENIED as moot; accordingly, the case is closed.

**Dated:** New York, New York

      August 29, 2024

                                                  **DANIEL ORTIZ**
                                                  **Acting Clerk of Court**

                               **BY:**     *K. Mango*

                                                    **Deputy Clerk**